UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLYN HENRY,

   Plaintiff,

-vs-                                           CASE NO.: 8:16-CV-00178-EAK-EAJ

CREDIT PROTECTION ASSOCIATION, L.P.

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Carolyn Henry, and the Defendant, Credit Protection Association, L.P., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of August, 2016.

| | |
|---|---|
| */s/Frank H. Kerney, III* | */s/Ruel W. Smith* |
| Frank H. Kerney, III, Esquire | Ruel W. Smith, Esquire |
| Morgan & Morgan, Tampa, P.A. | Hinshaw & Culbertson, LLP |
| One Tampa City Center | 100 South Ashley Drive, Suite 500 |
| Tampa, FL 33602 | Tampa, FL 33602-5301 |
| Tele: (813) 223-5505 | Tele: (813) 868-8831 |
| Fax: (813) 223-5402 | Fax: (813) 276-1956 |
| fkerney@forthepeople.com | RSmith@hinshawlaw.com; |
| jkneeland@forthepeople.com | ZHickman@hinshawlaw.com |
| Florida Bar#: 88672 | Florida Bar#: 36548 |
| Attorney for Plaintiff | Attorney for Defendant |